CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jesus Paul Valencia**<br>DOB: 1986; U.S.Citizen; SSN: xxx-xx-1581 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>10-05393M |

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 11 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Complaint for violation of Title 21   United States Code § 841(a)(1) & 841(b)(1)(C)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 10, 2010, at or near Nogales, in the District of Arizona, **Jesus Paul Valencia**, did knowingly and intentionally possess with intent to distribute 50 kilograms or more, but less than 100 kilograms of marijuana, that is, approximately 81 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On May 10, 2010, at approximately 9:30 p.m., **Jesus Paul Valencia** was arrested in a failed attempt to transport marijuana from Nogales, Arizona to Rio Rico, Arizona. **Valencia** was the driver and sole occupant of a Buick LeSabre. A traffic stop of the vehicle revealed approximately 81 kilograms of marijuana within the trunk of teh vehicle after a foot pursuit ensued. During a post arrest interview, **Valencia** admitted knowing there was marijuana in the vehicle he was driving and that he was to receive $150 to transport the vehicle and marijuana to the Garrett's Supermarket in Rio Rico, Arizona.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Request detention<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge.<br>Flannigan/kc<br>AUTHORIZED BY: AUSA _Rand P. Blair_ | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 11, 2010 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54