DENNIS K. BURKE
United States Attorney
District of Arizona
MICHELLE K. SPAVEN
Assistant United States Attorney
Evo A. Deconcini U.S. Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
michelle.spaven@usdoj.gov
Attorneys for Plaintiff

CR10-1320 TUC FRZ/JM

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br> Plaintiff, <br> vs. <br> Jesus Paul Valencia, <br> Defendant. | **INDICTMENT** <br> Violation: 21 USC §841(a)(1) <br> 21 USC §841(b)(1)(C) <br> (Possession With Intent to Distribute Marijuana) |

**THE GRAND JURY CHARGES:**

On or about May 10, 2010, at or near Nogales, in the District of Arizona, JESUS PAUL VALENCIA, did knowingly and intentionally possess with intent to distribute 50 kilograms or more, but less than 100 kilograms of marijuana, that is, approximately 81 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

[signature redacted]

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney

JUN 09 2010

REDACTED FOR PUBLIC DISCLOSURE