PS 8

United States District Court
for
District of Arizona



U. S. A. vs. **Jesus Paul Valencia**
Docket No.**4:10-CR-01320-FRZ-JJM-1**
AUSA: Robert Fellrath

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW <u>ALMA PEREZ</u>, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Jesus Paul Valencia</u>, who was released by the Honorable <u>Glenda E. Edmonds</u> sitting in the Court at Tucson, on the <u>11th</u> day of <u>May</u>, 2010, who imposed the general terms and conditions of release adopted by the Court and also imposed special conditions as follows:

**PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**1. Committed a new criminal offense, in violation of the following condition: The defendant shall not commit any federal, state, or local crime.**

On May 31, 2011, Pretrial Services conducted a 90-day criminal record check on the defendant and discovered the defendant was arrested by the Tucson Police Department on May 22, 2011, for a disorderly conduct charge and a failure to appear warrant.

**2. Failed to report change of address, in violation of the following condition: The defendant shall immediately advise his attorney and Pretrial Services, in writing, prior to any change in residence address, mailing address or telephone number.**

On June 15, 2011, Pretrial Services attempted to make contact with the defendant at his residence but there was no response. Pretrial Services spoke to the manager of the apartment complex who indicated the defendant left his apartment without any notice and is no longer

cc: USM(2)cc, PTS, AUSA

Page 2
RE: VALENCIA, Jesus Paul
June 16, 2011

living there. The defendant's whereabouts are currently unknown.

**3. Failed to report for drug testing, in violation of the following condition: The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. 802) unless prescribed for the defendant by a licensed medical practitioner; the defendant shall participate in drug treatment as directed by Pretrial Services and submit to drug testing, including urinalysis testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance abuse testing or monitoring which is (are) required as a condition of release.**

The defendant failed to report to the office for drug testing on June 3, 2011 as directed by Pretrial Services.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

_____          6/21/2011
**ALMA PEREZ,**                     Date
**U.S. Pretrial Services Officer**

**Reviewed by**

_____          6/21/11
**GABRIEL GUTIERREZ**               Date
**Supervisory U.S. Pretrial Services Officer**

Page 3
RE: VALENCIA, Jesus Paul
June 16, 2011

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this ____23nd____ day of __June__ 20_11_ and ordered filed and made a part of the records in the above case.

_____
**The Honorable JACQUELINE J. MARSHALL,
U.S. Magistrate Judge**